**Affirmed and Memorandum Opinion filed April 2, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00988-CV

### IN THE INTEREST OF R.P.V., A CHILD

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-04151J**

## M E M O R A N D U M   O P I N I O N

Appellant M.M.D. appeals the decree terminating the parent-child relationship between her and her son, R.P.J.V. *See* Tex. Fam. Code Ann. § 109.002(a-1). Appellant's appointed counsel filed a brief in which she concludes the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978). The *Anders* procedures apply to an appeal from the termination of parental rights when an appointed attorney concludes there are no non-frivolous issues to assert on appeal.

*In re D.E.S.*, 135 S.W.3d 326, 329 (Tex. App.—Houston [14th Dist.] 2004, no pet.).

A copy of counsel's brief was delivered to appellant. Appellant was advised of her right to inspect the appellate record and file a pro se response to the brief. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). As of this date, more than 60 days have passed, and no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is frivolous and without merit. Further, we find no reversible error in the record. A discussion of the appellate brief would add nothing to the jurisprudence of the state. *D.E.S.*, 135 S.W.3d at 330.

Accordingly, the trial court's decree is affirmed.


PER CURIAM


Panel consists of Justices Wise, Zimmerer, and Spain.